ORIGINAL

francessiquenzainf

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR - 4 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00035 |
| Plaintiff, | **INFORMATION** |
| vs. | **THEFT OF GOVERNMENT PROPERTY** [18 U.S.C. §§ 641 & 2] (Count I) |
| FRANCIS F. SIGUENZA, | **ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY** [18 U.S.C. § 1382] (Count II) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I - THEFT OF GOVERNMENT PROPERTY

Beginning on or about August 2006 and continuing up to on or about December 6, 2006, in the District of Guam, the defendant, FRANCIS F. SIGUENZA, willfully and knowingly, did steal and purloin United States property from the Navy Exchange, Guam, of the value of less than $1000, property of the United States, in violation of Title 18, United States Code, Sections 641 and 2.

### COUNT II - ENTERING MILITARY, NAVAL OR COAST GUARD PROPERTY

Beginning on or about August 2006 and continuing up to on or about December 6, 2006, in the District of Guam, the defendant, FRANCIS F. SIGUENZA, went upon a United States

military reservation, to wit, U.S. Naval Base Guam, for a purpose prohibited by law, that is, intending to engage in conduct in violation of Title 18, United States Code, Section 641, in violation of Title18, United States Code, Section 1382.

DATED this 2 day of April, 2007.

LEONARDO M. RAPADAS<br>
United States Attorney<br>
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney

# Criminal Case Cover Sheet          U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number ~~07-0001~~ CR-07-00035

Same Defendant _____ New Defendant __x__

Search Warrant Case Number _____

R 20/ R 40 from District of _____

## Defendant Information:

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __x__ No

Defendant Name     FRANCES F. SIGUENZA

Alias Name

Address

         Talofofo, Guam

Birthdate __Xx/xx/1972__ SS# __xxx-xx-8163__ Sex __M__ Race __PI__ Nationality __Chamorro__

## U.S. Attorney Information:

SAUSA __Ryan M. Anderson__

Interpreter: __X__ No ____ Yes    List language and/or dialect: _____

**RECEIVED APR - 4 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

## Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

## U.S.C. Citations

Total # of Counts: __2__    ____ Petty __X__ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 641 | Theft of Government Property | 1 |
| Set 2 | 18 USC 1382 | Entering Military, Naval or Coast Guard Property | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __3/30/07__    Signature of AUSA: _Ry M. Anderson_