francissiguenzasum

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR - 4 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00035 |
| Plaintiff. | **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS** |
| vs. | |
| FRANCIS F. SIGUENZA, | |
| Defendant. | |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, FRANCIS F. SIGUENZA, based on an Information filed charging the defendant with one count of Theft of Government Property in violation of Title 18, United States Code, Section 641 and one count of Entering Military, Naval or Coast Guard Property in violation to Title 18, United States Code, Section 1382.

Respectfully submitted this 4th day of April 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney