# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**FRANCIS F. SIGUENZA**

Case Number:    CR-07-00035

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| | Date and Time |
| Before:   Honorable Joaquin V. E Manibusan, Jr. | Wednesday, April 11, 2007 at 1:30 p.m. |

To answer a(n)

Indictment    **X** Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    **X** Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**COUNT 1** - Theft of Government Property, 18 USC § 641 and 2

**COUNT 2** - Entering Military, Naval, or Coast Guard Property, 18 USC § 1382

RECEIVED
APR 05 2007
US MARSHALS SERVICE-GUAM

FILED
DISTRICT COURT OF GUAM
APR 10 2007
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**April 4, 2007**
Date

# RETURN OF SERVICE

Service was made by me on:[1]  Date  4/10/07

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: FRANCIS SQUENZA - FATHER

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4/10/07
             Date

J. SALAS
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.