# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00035-001            DATE: April 11, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori        Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez        Electronically Recorded: 1:40:04 - 1:51:56
CSO: F. Tenorio / D. Quinata

---

**APPEARANCES:**
Defendant: Francis F. Siguenza        Attorney: Joseph Razzano
☑ Present ☐ Custody ☐ Bond ☐ P.R.        ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Tanya Cruz        U.S. Agent:
U.S. Probation: Judy Ocampo        U.S. Marshal: D. Punzalan
Interpreter:        Language:

---

**PROCEEDINGS: Initial Appearance on an Information and Arraignment**
- Financial Affidavit reviewed and accepted: Joseph Razzano appointed to represent the defendant.
- Defendant orally waived his right to trial, judgment and sentencing by the district judge.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Information.
- Plea entered: Not guilty
- Trial set for: June 12, 2007 at 9:30 a.m.
- Defendant released on bond (see release conditions on page 2).

NOTES:

# Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.
IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
   (Name of person or organization) _____
   (Address) _____
   (City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____  _____
           Custodian or Proxy                Date

( X ) (7) The defendant shall:
   ( X ) (a) report to the  U.S. PROBATION OFFICE for supervision ,
             telephone number  (671) 473-9201  , not later  AS DIRECTED  .
   ( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: _____
   ( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____.
   ( ) (d) execute a bail bond with solvent sureties in the amount of $ _____.
   ( ) (e) maintain or actively seek employment.
   ( ) (f) maintain or commence an education program.
   ( ) (g) surrender any passport _____
   ( X ) (h) obtain no passport.
   ( X ) (i) abide by the following restrictions on personal association, place of abode, or travel:
             STAY AWAY FROM ALL PORTS OF ENTRY OR EXIT
   ( ) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited _____
   ( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as _____
   ( ) (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited _____
   ( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising
   (X̶)̶ (̶n̶)̶ refrain from possessing a firearm, destructive device, or other dangerous weapons.
   ( X ) (o) refrain ( ) any ( X ) excessive use of alcohol.
   ( X ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
   ( ) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
   ( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
   ( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
   ( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the _____ ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon to pay as determined by the pretrial services office or supervising officer.
      ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
      ( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
      ( ) (iii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
   ( X ) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
   ( X ) (v) remain at a fixed address unless given permission by the U.S. Probation Office.
   (X̶)̶ (̶w̶)̶ S̶u̶r̶r̶e̶n̶d̶e̶r̶ ̶F̶i̶r̶e̶a̶r̶m̶s̶ ̶I̶d̶e̶n̶t̶i̶f̶i̶c̶a̶t̶i̶o̶n̶ ̶c̶a̶r̶d̶ ̶t̶o̶ ̶t̶h̶e̶ ̶U̶.̶S̶.̶ ̶P̶r̶o̶b̶a̶t̶i̶o̶n̶ ̶O̶f̶f̶i̶c̶e̶.̶
   ( ) (x) _____

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL