# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00035 |
| Plaintiff, | ) | |
| vs. | ) | APPOINTMENT ORDER |
| FRANCIS F. SIGUENZA, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that **JOSEPH C. RAZZANO** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to April 5, 2007.

Dated this 11th day of April 2007.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge