PS 40
(REV. 6/05)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

**TO:** United States Department of State  
Office of Passport Policy and Advisory Services  
2100 Pennsylvania Avenue, NW, 3rd Floor  
Washington, D.C. 20037

**FROM:** Grace D. Flores, U.S. Probation Officer  
District of Guam  
2nd Floor, U.S. Courthouse  
520 West Soledad Avenue  
Hagatna, Guam 96910

[X] **Original Notice**    [ ] **Notice of Disposition**

Date: **April 11, 2007**          Date: _____  
By: **Joaquin V.E. Manibusan, Jr. U.S. Magistrate Judge**   By: _____

---

Defendant: **SIGUENZA, Francis Flores**   Case Number: **CRIMINAL CASE #07-00035-001**  
Date of Birth: **XX-XX-1972**   Place of Birth: **Tamuning, Guam - USA**  
SSN: **XXX-XX-8163**

==========================================================================

**NOTICE OF COURT ORDER** (Order Date: **April 11, 2007**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.**

---

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

---

Distribution:  
Original to Clerk of Court  
Original to Case File  
Department of State  
　□ Not Convicted - PS40/Passport returned to defendant.  
　□ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.  
　□ Convicted - PS40 and copy of Judgment enclosed.  
Defendant (or representative)