**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
CHANGE OF PLEA**

CASE NO.: CR-07-00035    DATE: June 04, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori    Court Reporter: Wanda Miles
Courtroom Deputy: Peter Santos    Electronically Recorded: 9:44:01 - 9:58:19
CSO: D. Quinata

**APPEARANCES:**
Defendant: Francis F. Siguenza    Attorney: Samuel Teker
                                                                 on behalf of Joseph Razzano

☑ Present ☐ Custody ☐ Bond ☑ P.R.    ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Ryan Anderson    U.S. Agent:
U.S. Probation: Christopher Duenas    U.S. Marshal: V. Roman
Interpreter:    Language:

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Plea entered: Guilty To Count I.
- Sentencing set for: 9/4/07 at 9:30 am
- Draft Presentence Report due to the parties: 7/31/07
- Response to Presentence Report: 8/21/07
- Final Presentence Report due to the Court: 8/28/07
- Defendant released as previously ordered by this Court.

NOTES: