**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-07-00035-001          DATE: September 14, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori          Court Recorder: Leilani Hernandez
Courtroom Deputy: Peter Santos          Electronically Recorded: 10:42:32 - 10:57:32
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Francis F. Siguenza          Attorney: Samuel Teker on behalf of Joseph Razzano

     Present    Custody    Bond    P.R.          Present    Retained    FPD    CJA

U.S. Attorney: Greg Parker          U.S. Agent:
U.S. Probation: Stephen Guilliot          U.S. Marshal: D. Punzalan
Interpreter:          Language:

**PROCEEDINGS: Sentencing**

- Defendant sentenced to probation for a term of <u>2 years</u>, with conditions (refer to Judgment for conditions of probation).
- All fines waived by the Court.
- Defendant ordered to pay restitution in the amount of $241.76
- Defendant was ordered to pay a special assessment fee of $25.00 to be paid immediately after sentencing.
- Defendant advised of appeal rights.

NOTES: