LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00035 |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS COUNT II OF INDICTMENT** |
| FRANCIS F. SIGUENZA, | |
| Defendant. | |

IT IS SO ORDERED that Count II of the Indictment in the above case, against defendant, FRANCIS F. SIGUENZA, is dismissed without prejudice nunc pro tunc to September 21, 2007.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Sep 25, 2007