**ORIGINAL**

1  SIGUENZA_F.mtn

2  LEONARDO M. RAPADAS
   United States Attorney
3  Districts of Guam and the NMI
   MARIVIC P. DAVID
4  Assistant U.S. Attorney
   Sirena Plaza, Suite 500
5  108 Hernan Cortez Avenue
   Hagåtña, Guam 96910
6  TEL: (671) 472-7332
   FAX: (671) 472-7215

7  Attorneys for Plaintiff

**FILED**
DISTRICT COURT OF GUAM

OCT 1 2 2007 

**JEANNE G. QUINATA**
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00035 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **UNITED STATES' MOTION** |
| | ) **TO AMEND JUDGMENT** |
| FRANCIS F. SIGUENZA, | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully motions this Honorable Court for an Amended Judgment of Defendant FRANCIS F. SIGUENZA to include the restitution liability be paid jointly and severally with defendant Beverly Joy Castro in Criminal Court No. 07-00030 as stated in defendant Beverly Joy Castro's judgment.

//
//
//
//
//

Defendant FRANCIS F. SIGUENZA's amended judgment should reflect the restitution liability to be paid jointly and severally with his co-conspirator, Beverly Joy Castro in Criminal Cour No. 07-00030.

RESPECTFULLY submitted this 11th day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney